Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Jose Trujillo

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>    vs.<br><br>M&L HAPPY PLACE; RITA L. AUFORT, Trustee of the AUFORT REVOCABLE TRUST dated April 28, 1986; RENEE LOUISE AUFORT, Trustee of the AUFORT REVOCABLE TRUST dated April 28, 1986; RICHARD CHARLES AUFORT, Trustee of the AUFORT REVOCABLE TRUST dated April 28, 1986;<br><br>    Defendants. | No. 4:23-cv-00740-DMR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS, SAM H.S. HONG; and MAY X.Y. WU, ONLY** |

WHEREAS, Defendants, Sam H.S. Hong; and May X.Y. Wu have not filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses <u>only</u> Defendants Sam H.S. Hong; and May X.Y. Wu from this action <u>without prejudice</u> pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: March 27, 2023                    MOORE LAW FIRM, P.C.

                                        <u>/s/ Tanya E. Moore</u>
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Jose Trujillo