Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Jose Trujillo

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>    vs.<br><br>M&L HAPPY PLACE; RITA L. AUFORT, Trustee of the AUFORT REVOCABLE TRUST dated April 28, 1986; RENEE LOUISE AUFORT, Trustee of the AUFORT REVOCABLE TRUST dated April 28, 1986; RICHARD CHARLES AUFORT, Trustee of the AUFORT REVOCABLE TRUST dated April 28, 1986;<br><br>    Defendants. | No.  4:23-cv-00740-DMR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, RENEE LOUISE AUFORT, Trustee of the AUFORT REVOCABLE TRUST dated April 28, 1986, ONLY** |

WHEREAS, Defendant Renee Louise Aufort, Trustee of the Aufort Revocable Trust dated April 28, 1986 have not filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses only Defendant Renee Louise Aufort, Trustee of the Aufort Revocable Trust dated April 28, 1986 from this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: May 31, 2023                         MOORE LAW FIRM, P.C.


                                           /s/ Tanya E. Moore
                                           Tanya E. Moore
                                           Attorney for Plaintiff,
                                           Jose Trujillo

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, RENEE LOUISE
AUFORT, Trustee of the AUFORT REVOCABLE TRUST dated April 28, 1986, ONLY

Page 1