MICHAEL A. FARBSTEIN (SB# 107030)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518
Telephone: (650) 554-6200
Facsimile:  (650) 554-6240
Email: maf@farbstein.com

Attorneys for Defendant
RENEE LOUISE AUFORT and RICHARD CHARLES AUFORT, trustees of the AUFORT REVOCABLE TRUST dated April 28, 1986

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>M&L HAPPY PLACE; RITA L. AUFORT, Trustee of the AUFORT REVOCABLE TRUST dated April 28, 1986; RENEE LOUISE AUFORT, Trustee of the AUFORT REVOCABLE TRUST dated April 28, 1986; RICHARD CHARLES AUFORT, Trustee of the AUFORT REVOCABLE TRUST dated April 28, 1986,<br><br>　　　　Defendants. | CASE NO. 4:23-cv-00740-DMR<br><br>**STIPULATION TO SET ASIDE DEFAULT OF RICHARD CHARLES AUFORT; ORDER SETTING ASIDE DEFAULT** |

　　　The plaintiff JOSE TRUJILLO has sued the trustees of the AUFORT REVOCABLE TRUST dated April 28, 1986 in the above captioned matter.  The allegations of the Complaint on file in this action sue the trustee defendants solely in their capacity as trustees of the subject trust.  No allegations of personal liability are made against individual trustees.

STIPULATION TO SET ASIDE DEFAULT; ORDER SETTING ASIDE DEFAULT

1

The Proof of Service on file in this matter alleges a date of personal service of the First Amended Complaint upon RICHARD CHARLES AUFORT on March 26, 2023. The Proof of Service of personal service of the First Amended Complaint upon trustee RITA L. AUFORT on March 31, 2023.

Answers on behalf of RICHARD CHARLES AUFORT and RITA L. AUFORT were filed on April 21, 2023. Counsel for the trustee defendants represents that the responsive pleading date was inadvertently assumed to be March 31, 2023 date, with the date of service differential escaping notice. RICHARD CHARLES AUFORT's response was due on April 17, 2021 assuming proper service.

Counsel for the plaintiff requested a default against RICHARD CHARLES AUFORT prior to the filing of his answer on April 21, 2023. The default was entered on April 24, 2023.

Counsel for the plaintiff is willing to set aside the default, and hereby stipulates to set aside the default, and allow the answer on file to stand.

SO STIPULATED.

DATED:  May 11, 2023			FARBSTEIN & BLACKMAN
						A Professional Corporation

					By: _____/s/ Michael Farbstein_____
						MICHAEL A. FARBSTEIN (SB# 107030)
						Attorneys for Defendant
						RENEE LOUISE AUFORT and RICHARD
						CHARLES AUFORT, trustees of the AUFORT
						REVOCABLE TRUST dated April 28, 1986

DATED:  May 11, 2023			MOORE LAW FIRM, P.C.

					By: _____/s/  Tanya E. Moore_____
						Tanya E. Moore, SBN 206683
						Attorneys for Plaintiff
						JOSE TRUJILLO

STIPULATION TO SET ASIDE DEFAULT; ORDER SETTING ASIDE DEFAULT

2

**ORDER SETTING ASIDE DEFAULT**

In light of the parties' stipulation, and good cause appearing, the court sets aside the Entry Of Default as to RICHARD CHARLES AUFORT, Trustee of the Aufort Revocable Trust dated April 28, 1986. The answer on file for this defendant shall be allowed.

Dated: June 30, 2023



_____
DONNA M. RYU
Chief Magistrate Judge