MICHAEL A. FARBSTEIN (SB# 107030)
RAMSEY F. KAWAR (SB#213497)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518
Telephone: (650) 554-6200
Facsimile:  (650) 554-6240
Email: maf@farbstein.com
Email: rfk@farbstein.com

Attorneys for Defendants
M&L HAPPY PLACE; RITA L. AUFORT, Trustee of the AUFORT REVOCABLE TRUST dated April 28, 1986; and RICHARD CHARLES AUFORT, trustee of the AUFORT REVOCABLE TRUST dated April 28, 1986

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE TRUJILLO,<br><br>      Plaintiff,<br><br>vs.<br><br>M&L HAPPY PLACE; RITA L. AUFORT, Trustee of the AUFORT REVOCABLE TRUST dated April 28, 1986; RENEE LOUISE AUFORT, Trustee of the AUFORT REVOCABLE TRUST dated April 28, 1986; RICHARD CHARLES AUFORT, Trustee of the AUFORT REVOCABLE TRUST dated April 28, 1986,<br><br>      Defendants. | CASE NO. 4:23-cv-00740-DMR<br><br>**STIPULATION TO SET ASIDE DEFAULT OF DEFENDANT M&L HAPPY PLACE; ORDER SETTING ASIDE DEFAULT** |

The plaintiff JOSE TRUJILLO has sued M&L HAPPY PLACE in the above captioned matter, in addition to other parties.

Counsel for the plaintiff requested a default against M&L HAPPY PLACE on May 16, 2023. The default was entered on May 19, 2023.

STIPULATION TO SET ASIDE DEFAULT; ORDER SETTING ASIDE DEFAULT

1

1  Counsel for the plaintiff is willing to set aside the default, and adjudicate the claims
2  against M&L Happy Place upon the merits, and hereby stipulates to set aside the default and
3  allow M&L Happy Place to file an Answer to the First Amended Complaint within 10 days of
4  the default being set aside.

5

6  SO STIPULATED.

7

8  DATED:  June 28, 2023                FARBSTEIN & BLACKMAN
                                         A Professional Corporation
9
                                         */s/ Ramsey F. Kawar*
10                               By:  _____
                                         MICHAEL A. FARBSTEIN (SB# 107030)
11                                       RAMSEY F. KAWAR (SB#213497)
                                         Attorneys for Defendants
12                                       M&L HAPPY PLACE; RITA L. AUFORT, Trustee
                                         of the AUFORT REVOCABLE TRUST dated April
13                                       28, 1986; and RICHARD CHARLES AUFORT,
                                         trustee of the AUFORT REVOCABLE TRUST
14                                       dated April 28, 1986

15

16 DATED:  June 28, 2023                MOORE LAW FIRM, P.C.

17
                                         */s/ Tanya E. Moore*
18                               By:  _____
                                         Tanya E. Moore, SBN 206683
19                                       Attorneys for Plaintiff
                                         JOSE TRUJILLO
20

21

22

23

24

25

26

27  STIPULATION TO SET ASIDE DEFAULT; ORDER SETTING ASIDE DEFAULT

28                                       2

**ORDER SETTING ASIDE DEFAULT**

In light of the parties' stipulation, and good cause appearing, the court sets aside the Entry of Default as to M&L Happy Place. This defendant shall be allowed to file an Answer to the First Amended Complaint within 10 days of entry of this Order.

Dated: June 30, 2023



_____
DONNA M. RYU
Chief Magistrate Judge